**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Manuel H., | Case No. 26-CV-0390 (LMP/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement, | |
| Respondents. | |

Petitioner Manuel H. has filed a petition for a writ of habeas corpus. It appears that another habeas corpus petition may have been filed on behalf of the same petitioner on the same day. See Manuel H. v. Noem, No. 26-CV-0368 (SRN/DLM) (D. Minn.). If so, then any claims raised in this action almost certainly can be raised in the prior action, and there is no need for parallel, duplicative habeas proceedings.

Accordingly, Petitioner is directed to inform the Court by no later than 4:00 p.m. today whether he is the subject of the habeas petition initiating Case No. 26-CV-0368 (SRN/DLM). Finally, if Petitioner is the subject of the earlier habeas petition, then he should explain why this matter should not be dismissed without prejudice as duplicative of the prior action.

SO ORDERED.

Dated: January 20, 2026

_s/ Leo I. Brisbois_____
Hon. Leo I. Brisbois
United States Magistrate Judge