## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MANUEL H. H., | Case No. 26-cv-390 (LMP/LIB) |
| Petitioner, | |
| v. | **ORDER OF DISMISSAL** |
| PAMELA BONDI, *Attorney General*; KRISTI NOEM, *Secretary, U.S. Department of Homeland Security*; TODD M. LYONS, *Acting Director of Immigration and Customs Enforcement*; DAVID EASTERWOOD, *Acting Director, St. Paul Field Office Immigration and Customs Enforcement*, | |
| Respondents. | |

This matter is before the Court on Petitioner's Notice of Dismissal (ECF No. 4). **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 22, 2026

*s/ Laura M. Provinzino*
Laura M. Provinzino
United States District Judge